ALBERT V. BENSEN, Appellant, *v.* JOHN S. PERRY et al.,
Respondents.

(Argued May 27, 1879; decided June 3, 1879.)

*Samuel Hand* for appellant.

*George W. Miller* for respondents.

AGREE to affirm without opinion.
All concur.
Order affirmed.

———————

CATHARINE O'DONNELL, Respondent, *v.* THE NEW YORK
AND HARLEM RAILROAD COMPANY, Appellant.

(Argued May 22, 1879; decided June 10, 1879.)

*Elliott F. Shepard* for appellant.

*Seig Spingam* for respondent.

AGREE to affirm on opinion of the court below.
CHURCH, Ch. J., FOLGER, ANDREWS and DANFORTH, JJ.,
concur.
RAPALLO, MILLER and EARL, JJ., dissent.
Judgment affirmed.